TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$443,000.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>QUORAN CORBIN,<br><br>        Claimant. | Case No. 2:21-CV-07315-GW(MRWx)<br><br>**STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND TAKE MARCH 7, 2022 SCHEDULING CONFERENCE OFF CALENDAR** |

    Plaintiff United States of America ("the government"), on the one hand, and claimant Quoran Corbin ("claimant"), on the other hand, by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture case be stayed pending the conclusion of an ongoing related federal criminal investigation.  The

1  government represents that the criminal investigation and the instant
2  civil forfeiture litigation arise out of the same facts and will
3  involve many of the same issues of fact and law, and judicial economy
4  will be served by staying this action.

     Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):

>   (1)  Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.
>   (2)  Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that -
>     (A)  the claimant is the subject of a related criminal investigation or case;
>     (B)  the claimant has standing to assert a claim in the civil forfeiture proceeding; and
>     (C)  continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

    Here, the parties agree that the matter should be stayed.  The government is unwilling to respond to civil discovery that would result in claimant and others receiving information they are not entitled to receive during the course of criminal investigations.  Claimant, who has filed a claim to reflect claimant's standing in this civil forfeiture action, as well as others, may be unable to

respond to government discovery requests or provide deposition testimony under oath without endangering their Fifth Amendment rights. The parties respectfully request that the Court stay this civil forfeiture action until the criminal investigation is completed and take the March 7, 2022 scheduling conference off calendar. The government proposes that it file reports regarding the status of the criminal investigation commencing on May 4, 2022 and every ninety days thereafter to enable the Court to monitor the status of this matter.

Respectfully submitted,

Dated: February 24, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Victor A. Rodgers
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 24, 2022          THE FREEDMAN FIRM PC

 /s/ Michael G. Freedman
MICHAEL G. FREEDMAN

Attorneys for Claimant
QUORAN CORBIN