FILED
CLERK, U.S. DISTRICT COURT
April 20, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ) ) ) ) ) ) ) ) ) ORDER OF THE CHIEF JUDGE<br>**22-077** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge George H. Wu to the calendar of Judge Fred W. Slaughter:

| | |
|---|---|
| 2:19-cv-10502-GW-SK | Robert Curtis Williams III v. Unknown |
| 2:20-cv-06643-GW-AGRx | United States of America v. City of Los Angeles et al |
| 2:20-cv-10132-GW-JEMx | Monica D. Alvarez v. Louis DeJoy, et al. |
| 2:21-cv-07223-GW-ASx | FlexWare International LLC v. AT and T, Inc. et al |
| 2:21-cv-07315-GW-MRWx | United States of America v. $443,000.00 in U.S. Currency |
| 2:21-cv-07748-GW-JCx | Sam Kim v. Babubhai K Patel, et al |
| 2:21-cv-09985-GW-JCx | Jennifer Jordan v. Hobby Lobby Stores, Inc., et al. |
| 2:22-cv-00471-GW-MAAx | Passion Gabourel v. Luxottica of America Inc., et al. |
| 2:22-cv-00493-GW-KSx | Teana Louis v. County of Ventura et al |
| 2:22-cv-00664-GW-MRWx | Sally Motodani v. MoneyGram Payment Systems, Inc. |
| 2:22-cv-01669-GW-KSx | Frank Yang v. Longsheng Lei et al |
| 2:22-cv-01767-GW-MAAx | Brandon Thrasher v. Maserati North America, Inc. |
| 2:22-cv-01923-GW-JCx | Alberto Gonzalez v. Areyouami LLC |
| 2:22-cv-02312-GW-KS | Kryst Zowadzki v. Department of Justice |
| 5:22-cv-00548-GW-PDx | Nino Keeney, et al. v. Lowe's Home Centers, LLC, et a.. |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                    2
_____

      8:22-cv-00330-GW         In Re: Alicia Marie Richards

    On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022                      _____
                                                 Chief Judge Philip S. Gutierrez