TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$443,000.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>QUORAN CORBIN,<br><br>        Claimant. | Case No. 2:21-cv-07315-FWS-MRWx<br><br>JOINT CASE MANAGEMENT STATEMENT |

    Pursuant to the Court's reassignment order filed April 27, 2022, plaintiff United States of America ("the government") and claimant Quoran Corbin ("claimant") hereby submit this joint case management statement. This in rem civil forfeiture action was filed September 13, 2021, the government is plaintiff, $443,000.00 in U.S. Currency

is the defendant and claimant is the claimant.  The government asserts claims that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) and (C) on grounds that they represent proceeds of or were used to facilitate narcotic trafficking or violations of 18 U.S.C. §§ 1343 and 1952, or were involved in money laundering transactions. Claimant has filed a claim to the defendant currency and an answer to the complaint, and claimant denies that the defendant currency is subject to forfeiture.

There are no deadlines set in this case, such as a discovery cutoff, motion cutoff, pretrial conference date or trial date, nor have any motions been decided or submitted, because this action has been stayed pending the resolution of a related federal criminal investigation.  Pursuant to the parties' stipulation filed February 24, 2022 and the Court's order thereon filed February 24, 2022, this case was stayed pursuant to 18 U.S.C. § 981(g)'s mandatory stay provision due to an ongoing related federal criminal investigation. In addition, the Court's stay order requires that the government submit a status report concerning the status of the ongoing federal criminal investigation every ninety days.  The government filed its

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

last stay report on May 4, 2022, and the next status report will be filed 90 days from that date.

                                        Respectfully submitted,

Dated: May 10, 2022        TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

                                         /s/ Victor A. Rodgers
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 10, 2022        THE FREEDMAN FIRM PC

                                         /s/ Michael G. Freedman
MICHAEL G. FREEDMAN

Attorneys for Claimant
QUORAN CORBIN